# State of New York Court of Appeals

## MEMORANDUM

This memorandum is uncorrected and subject to revision before publication in the New York Reports.

No. 53
In the Matter of Talbot V.,
        Appellant;
Kingsboro Psychiatric Center,
        Respondent.

Arthur A. Baer, for appellant.
Philip J. Levitz, for respondent.

MEMORANDUM:

Order, insofar as appealed from, affirmed, without costs, for reasons stated in the memorandum decision of the Appellate Division (192 AD3d 1123 [2d Dept 2021]).

- 1 -

Order insofar as appealed from affirmed, without costs, in a memorandum. Chief Judge DiFiore and Judges Rivera, Garcia, Wilson, Singas, Cannataro and Troutman concur.

Decided June 14, 2022